DAVID A. GIES, ESQUIRE, P.A.
1230 Parkway Avenue
Suite 307
Ewing, New Jersey  08628
(609) 883-3088
Attorney for Plaintiff

RECEIVED
JAN 03 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRANDON LYMAN, | :Case No. 08-cv-5303 (MLC-TJB) |
| Plaintiff, | :    Civil Action |
| -vs- | : STIPULATION OF DISMISSAL |
| TIMOTHY P. LONG and KENNETH W. ZAHN, individually and as employees of the City of Trenton Police Department, | :    WITH PREJUDICE |
| Defendants, | : |

This matter indifference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice without costs against either party.

Dated: November        , 2011

DEPARTMENT OF LAW

By: /s/ PETER J. COHEN
Attorney for Defendant, Long

DAVID A. GIES, ESQUIRE, P.A.

By: /s/ DAVID A. GIES
Attorney for Plainitff

ZARWIN, BAUM, DeVITO, KAPLAN, SCHAER & TODDY, P.C.

By: /s/ SHARLENN E. PRATT,
Attorney for Defendant, Zahn